# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARNETT BUSH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITEDHEALTH GROUP INCORPORATED, a Delaware corporation; OPTUM SERVICES, INC., a Delaware corporation; and DOES 1-50,<br><br>　　　　Defendants. | Case No. 8:21-cv-01614-JLS-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO BINDING ARBITRATION AND TO STAY PENDING ACTION (Doc. 7)** |

**GOOD CAUSE HAVING BEEN SHOWN** and all parties having stipulated thereto, it is hereby ordered as follows:

The Court hereby approves the Joint Stipulation to Binding Arbitration and to Stay Pending Action (Doc. 7).

**IT IS SO ORDERED**

Dated: November 01, 2021

　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE