# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARNETT BUSH, an individual<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP INCORPORATED, a Delaware corporation; OPTUM SERVICES, INC., a Delaware corporation; ; and DOES 1 - 50<br><br>Defendants. | Case No.: 8:21-CV-01614-PSG (KESx)<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>OCT - 5 2022<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ___ DEPUTY<br><br>JS-6<br><br>ORDER TO DISMISS |

## Joint Stipulation to Dismiss with Prejudice

The parties, by and through their counsel, hereby voluntarily stipulated that all aspects of the captioned matter shall be dismissed with prejudice, pursuant to F.R.C.P. 41(a)(1)(ii), with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED

Dated 10/4/22

_____
PHILIP S. GUTIERREZ
United States District Judge

STIPULATION TO DISMISS